UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**ANTWONE WILSON,**
    Plaintiff,

**v.**

**ARNALDO MERCADO, et al.,**
    Defendants.

Case No. 2:19-cv-2105-CLM-GMB

## MEMORANDUM OPINION

The Magistrate Judge has entered a report, recommending the court dismiss this case with prejudice under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted. (Doc. 8). The Magistrate Judge advised Plaintiff Antwone Wilson of his right to file written objections within 14 days. But the court hasn't received any objections.

After considering the record and the Magistrate Judge's report, the court ADOPTS the report and ACCEPTS the Magistrate Judge's recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), the court will dismiss this case with prejudice for failing to state a claim upon which relief can be granted.

The court will enter a separate final judgment closing this case.

**Done** on September 8, 2022.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE